**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

ZURICH AMERICAN INSURANCE COMPANY,

    Plaintiff,

v.                                        Case No.3: 24-cv-1191

KUEHNE + NAGEL LTD.,

    Defendant.

_____/

**NOTICE OF REMOVAL OF CIVIL ACTION**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1331, 1332(a), 1441(a), and 1446, the Defendant, KUEHNE + NAGEL LTD. (hereinafter "K+N"), hereby removes to this Court the case now pending in the 192nd Judicial District Court in and for Dallas County, Texas, with case number DC-23-17158, to the United States District Court for the Northern District of Texas. As grounds for removal, K+N states as follows:

    1.    Movant is the sole Defendant in a civil action in which an Original Petition was filed on October 6, 2023 in the 192nd Judicial District Court in and for Dallas County, Texas, with case number DC-23-17158.

    2.    Defendant is a United Kingdom entity and Plaintiff alleges that K+N was served on April 18, 2024 via the Central Authority for England and Wales for Service upon Defendant in the United Kingdom.

    3.    This Court has original jurisdiction over the claims asserted by Plaintiff both under federal question and diversity jurisdiction.

4. As set forth in Plaintiff's Original Petition, Plaintiff claims that damages were incurred to a shipment of medical supplies during international air transportation from Taipei, Taiwan to Dallas, Texas.

5. Plaintiff alleges that K+N agreed to transport the subject shipment and that the damages occurred while in the custody of K+N.

6. As such, this matter is governed by the Montreal Convention and/or Warsaw Convention, to which both Taiwan and the United States are signatories.

7. The Montreal Convention and/or Warsaw Convention, where applicable, has been determined to completely preempt state law claims that fall within its scope. *Samsung Austin Semiconductor, LLC v. Integrated Airline Services*, 2013 WL 105380 (N.D. Tex. Jan. 9, 2013) (citing *El Al Israel Airlines, Ltd. v. Tsui Yuan Tseng*, 525 U.S. 155, 169, 119 S.Ct. 662, 142 L.Ed.2d 576 (1999); *Mbaba v. Societe Air France*, 457 F.3d 496, 500 (5th Cir.2006). One of the chief purposes of the Montreal Convention is to achieve uniformity of rules governing international carriage, and it applies to "all international transportation of persons, baggage, or goods performed by aircraft for hire." *Id*. (quoting *Mbaba v. Societe Air France*, 457 F.3d 496, 497 (5th Cir. 2006). The Montreal Convention applies when cargo is damaged during "carriage by air," which is defined as the "period during which cargo is in the charge of the carrier," Id. at * 3 (quoting Montreal Convention, S. Treaty Doc. No. 106–45, art. 18, at ¶ 1).

8. Further, diversity of citizenship is also evidenced on the face of the Plaintiff's Original Petition.

9. The Original Petition sets forth that Plaintiff is a New York corporation with its principal place of business in Schaumburg, Illinois. (Original Petition at ¶ 1).

10. The Original Petition further sets forth that K+N is a United Kingdom entity with its principal place of business in Uxbridge, England. (Original Petition at ¶ 4).

11. The Original Petition sets forth that the damages sought are no less than $76,608.80. (Original Petition at ¶ 20).

14. An index of all documents filed in the state court proceeding, a copy of the docket sheet and each document filed in the state court action are attached hereto as Exhibits "A", "B" "C", "D", and "E" respectively, and are incorporated as part of this Notice of Removal.

15. No previous application for relief sought herein has been made to this or any other Court.

16. This Notice is timely filed as required by Title 28, United States Code §1446(b) in that Plaintiff alleges that it served K+N on April 18, 2024 and there are no other defendants named in this action.

17. Removing Defendant has complied with all applicable provisions of 28 U.S.C.A. § 1441, the applicable Federal Rules of Civil Procedure and the Local Rules in this District.

WHEREFORE, Defendant, Kuehne + Nagel Ltd. prays that the above action now pending in in the 192nd Judicial District Court in and for Dallas County, Texas with case number DC-23-17158, to the United States District Court for the Northern District of Texas

Dated: May 17, 2024                     Respectfully submitted,

                                        **SPECTOR RUBIN, P.A.**

                        By:     /s/ Andrew Spector
                                Andrew R. Spector, Esq.
                                Texas Bar No. 788801
                                3250 Mary Street, Suite 405
                                Miami, Florida 33133
                                Tel: 305.537.2000
                                Fax: 305.537.2001
                                andrew.spector@spectorrubin.com

**Attorneys for Defendant,
Kuehne + Nagel Ltd.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on May 17, 2024, *via the Court's CM/ECF system*, which shall notify all parties of record, and via electronic mail to David S. Toy, Esq. (david.toy@davidtoylaw.com), 4309 Yoakum Boulevard, Suite 2050, Houston, Texas 77002.

**SPECTOR RUBIN, P.A.**

By:   */s/ Andrew Spector*
     Andrew R. Spector, Esq.